Christopher A. LaVoy (SB# 016609)
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-9240
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: cal@tblaw.com

Connie J. Mableson (SB# 010665)
Connie J. Mableson, PLLC
1938 East Osborn Road
Phoenix, Arizona 85016
Telephone: 602-277-8100
E-Mail: connie@mablesonlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Whirled Music Publishing, Inc., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>John A. Costello, III and Jennifer Costello, husband and wife,<br><br>Defendants. | Case No. 2:15-cv-02111-BSB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of plaintiff Whirled Music Publishing, Inc. ("Whirled") in compliance with the provisions of:

Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Whirled hereby declares that there is no such corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 20th day of October, 2015.

                                        TIFFANY & BOSCO P.A.

                                        By: /s/ Christopher A. LaVoy

Christopher A. LaVoy
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237

Connie J. Mableson
CONNIE J. MABLESON, PLLC
1938 East Osborn Road
Phoenix, Arizona 85016

*Attorneys for Plaintiff*